

# F. Allen Johnston, M.D.
## Orthopedic Surgery

· *Diplomate of the American*
*Board of Orthopedic Surgeons*
· *Diplomate of the American Academy*
*of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

**FREDDIE ALEXANDER**
**4/8/2019**

Mr. Alexander comes in today for reevaluation. His pains in his lower back and lower extremities continue. He was injured in September of 2017. He is still experiencing some radicular symptoms into the thighs. He has been taking pain medication from Dr. Melancon, who is his primary care physician. He has an L2-3 disc herniation, along with posterior bulging at L3-4. His pains have not improved despite conservative measures.

*RECOMMENDATIONS*:

1. We will recommend an L4-5 interlaminar epidural steroid injection for the bulges at L3-4 and L4-5, as well as the L2-3 disc herniation.
2. We will have him return back for follow-up.
3. He will continue receiving medicines from his primary care doctor.

F. Allen Johnston, M.D.
PP/tr

cc: Peter Brigandi, Attorney at Law

DD: 04/09/19
DT: 04/11/19

EXHIBIT B

# F. Allen Johnston, M.D.

**Orthopedic Surgery**

· *Diplomate of the American*
*Board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
*of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

## FREDDIE ALEXANDER
## 02/25/2019

Mr. Alexander comes in today for evaluation. He has some questions about the injections. He was satisfied after we had a discussion. His back pain is not improving overall. He was injured in September of 2017. He states his pains continue to be intermittent.

*PHYSICAL EXAMINATION*: He has discomfort with both flexion and extension.

*RECOMMENDATIONS*:
1. We will work on getting him scheduled as soon as possible.
2. We will have him return back for follow-up.

F. Allen Johnston, M.D.
PP/ab

cc: Peter Brigandi, Attorney at Law

DD: 02/26/2019
DT: 02/27/2019

# F. Allen Johnston, M.D.
### Orthopedic Surgery

· *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

## FREDDIE ALEXANDER
## 1/28/2019

Mr. Alexander comes in today for reevaluation. He states that his symptoms are better at this point, but his back pain will still become severe. He is a candidate for an L4-5 interlaminar epidural steroid injection. He was injured in September of 2017. He receives pain medication from Dr. Melancon, who is his primary care doctor.

*RECOMMENDATIONS*:
1. We will have him return back for follow-up.
2. Without the injections, he is at maximum medical improvement from an orthopedic standpoint.


F. Allen Johnston, M.D.
PP/tr

cc:     Peter Brigandi, Attorney at Law

DD: 01/28/19
DT: 01/30/19

# F. Allen Johnston, M.D.
## Orthopedic Surgery

· Diplomate of the American
  Board of Orthopaedic Surgeons
· Diplomate of the American Academy
  of Disability Evaluating Physicians

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574


CONFIDENTIAL

**FREDDIE ALEXANDER**
**12/17/2018**

Mr. Alexander comes in today for reevaluation. His symptoms continue. He has yet to be approved for his injection. We have recommended an L4-5 interlaminar epidural steroid injection. He was injured in September of 2017. He receives pain medicine from Dr. Melancon in the form of Hydrocodone. He states that he was told to discontinue the Robaxin by his gastrointestinal doctor due to stomach upset.

*PHYSICAL EXAMINATION:* His exam is unchanged.

*RECOMMENDATIONS:*
1. We will work on getting him scheduled for his procedure.
2. He will return back in six weeks for follow-up or earlier if his injections are approved.
3. He will continue receiving medicines from Dr. Melancon.
4. Without the injections he is at maximum medical improvement from an orthopedic standpoint.


F. Allen Johnston, M.D.
PP/tr

cc:     Peter Brigandi, Attorney at Law

DD: 12/17/18
DT: 12/19/18

# F. Allen Johnston, M.D.
## Orthopedic Surgery

- *Diplomate of the American Board of Orthopaedic Surgeons*
- *Diplomate of the American Academy of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574



**FREDDIE ALEXANDER**
**11/05/2018**

Freddie Alexander comes in today for evaluation. He has yet to be approved for his injection. He was injured in September of 2017. He states that his pains are not improving. He is interested in having the epidural performed. He has a bulge at L3-4 as well as a disc herniation at L2-3. We have recommended the L4-5 interlaminar ESI to try to cover the L2-3 and L3-4 levels. We will have him return back for follow-up.

F. Allen Johnston, M.D.
FAJ:bl

cc:     Peter Brigandi, Attorney at Law

DD: 11/05/2018
DT: 11/07/2018

# F. Allen Johnston, M.D.
## Orthopedic Surgery

· *Diplomate of the American*
*board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
*of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574



**FREDDIE ALEXANDER**
**09/24/2018**

Mr. Alexander comes in today for evaluation. He states his symptoms continue. **He is interested in the lumbar injections.** He was injured in September of 2017. He has been on Hydrocodone from Dr. Thomas Melancon. He performs home exercises. He has yet to be approved for his lower back brace. He has a bulging disc at L3-4 as well as a disc herniation to the right side at L2-3.

*PHYSICAL EXAMINATION:* He has pain with flexion and extension at the waist. He has negative straight leg raise testing. He has tenderness to touch in the lumbosacral midline. He is able to heel and toe walk without any difficulty. He has a normal gait. **Extension causes more pain than flexion.**

*RECOMMENDATIONS:*
1. We will have him return back for follow-up.
2. We will work on getting him scheduled for his injections **as soon as possible.**
3. He will continue his medication from Dr. Melancon.
4. Without the injections, he is at maximum medical improvement from an orthopedic standpoint.
5. As a reminder, he was doing well prior to this injury in question, as he had a **full recovery** from the 2016 accident.
6. He will return back in six weeks or for his injections, whichever comes first.

F. Allen Johnston, M.D.
PP:ab

cc:    Peter Brigandi, Attorney at Law

DD: 09/24/2018
DT: 09/25/2018

# F. Allen Johnston, M.D.
## Orthopedic Surgery
2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

· *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*



**FREDDIE ALEXANDER**
**08/13/2018**

Mr. Alexander comes in today for evaluation. He has yet to be approved for the lumbar epidural. He was injured in September of 2017. He has been taking Tramadol for his discomfort. He was recently given a prescription for Hydrocodone from his primary care doctor. He is performing home exercises.

_PHYSICAL EXAMINATION_: His exam is unchanged.

_RECOMMENDATIONS_:
1. We will have him return back for follow-up.
2. He is at maximum medical improvement without the injections.
3. A pharmacy query is appropriate.

F. Allen Johnston, M.D.
PP/ab

cc:    Peter Brigandi, Attorney at Law

DD: 08/13/2018
DT: 08/15/2018



# F. Allen Johnston, M.D.
## Orthopedic Surgery

· *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

**FREDDIE ALEXANDER**
**05/16/2018**

Mr. Alexander comes in today for evaluation. His pains continue. He is a candidate for an L4-5 interlaminar epidural steroid injection. We also recommended a lower back brace. He was injured on September 18, 2017. He has a disc herniation at L2-3 with a bulge at L3-4.

*PHYSICAL EXAMINATION*: His exam is unchanged.

*RECOMMENDATIONS*:
1. We would like for him to get into formal physical therapy.
2. We will prescribe him Tramadol.
3. A pharmacy query is appropriate.
4. He states that he is no longer receiving medicine from his primary care doctor.
5. We will also reorder the lower back brace.

F. Allen Johnston, M.D.
PP/ab

cc:    Peter Brigandi, Attorney at Law

DD: 05/17/2018
DT: 05/19/2018

# F. Allen Johnston, M.D.
### Orthopedic Surgery

· *Diplomate of the American*
*Board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
*of Disability Evaluating Physicians*

2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574



**FREDDIE ALEXANDER**
**04/04/2018**

Mr. Alexander comes in today for evaluation regarding symptoms related to a September 18, 2017, motor vehicle accident. He was a restrained driver at a complete stop and rear-ended by an 18-wheeler. He was dazed. A police report was filed.

He did not go to a hospital, but he followed up with therapy and was given some medications. He also had an MRI of his lower back that revealed a posterior protrusion/subligamentous herniation to the right at L2-3 along with a posterior bulge at L3-4.

*PAST MEDICAL HISTORY:* Pertinent for hypertension and diabetes.

*PAST SURGICAL HISTORY:* Pertinent for lithotripsy bilaterally in the last couple of months.

*MEDICATIONS:* Lisinopril, Hydrocodone, Glyburide, Potassium, and Flomax.

*ALLERGIES:* Flexeril.

*CIGARETTES:* None.

*WORK HISTORY:* He works as a driver for Southern Freight Line.

In regards to his lower back, he had a motor vehicle accident in 2016. After conservative care, his pain resolved and he was doing well until the injury in question. Currently, his pain is a 7/10. He has discomfort down both legs but worse on the left side. He has no bowel or bladder control problems. Bending increases his back pain.

*PHYSICAL EXAMINATION:* On exam, this is a 55-year-old male who has more pain with extension and mild pain with flexion. Straight leg raising is negative. He is able to heel and toe walk without difficulty. He is tender to touch over the lumbosacral midline. He has a normal gait.

*IMPRESSION:*
1. Chronic lower back pain with L2-3 disc herniation and bulge at L3-4.
2. Intermittent lower extremity symptoms, worse on the left side.

# F. Allen Johnston, M.D.
**Orthopedic Surgery**
2930 Canal Street
Suite 301
New Orleans, LA 70119
504-821-2574

· *Diplomate of the American*
  *Board of Orthopaedic Surgeons*
· *Diplomate of the American Academy*
  *of Disability Evaluating Physicians*



**FREDDIE ALEXANDER**
**04/04/2018**
**Page 2**

<u>*RECOMMENDATIONS*</u>:
1. He is a candidate for an L4-5 interlaminar epidural steroid injection.
2. We will also recommend a low back brace for comfort, support, and pain management while up and around as well as to help improve function with less pain and provide adequate lumbar stability and proper postural support.

F. Allen Johnston, M.D.
PP/ab

cc:    Peter Brigandi, Attorney at Law

DD: 04/05/2018
DT: 04/06/2018

PATIENT: Alexander, Freddie
DOB: ███████
MR#: 18-26183
DATE OF ACQUISITION: 1/15/18
PHYSICIAN: Dunn

MAGNOLIA DIAGNOSTICS, INC.
2700 CADIZ STREET
NEW ORLEANS, LA 70115
(504) 891-1975
(504) 891-1901 (FAX)

## HIGH FIELD, 1.5 TESLA, MR EXAMINATION OF THE LUMBAR SPINE

**Clinical Information:**

Low back pain and pain in both legs. Date of injury last September 2017.

**Technique:**

Sagittal and axial cuts using T1W and T2W sequences.

**Findings:**

At L1-L2, there is no evidence disc herniation or spinal stenosis.

At L2-L3, there is posterior protrusion-subligamentous disc herniation in the right lateral aspect measuring 3.5 mm in AP diameter, causing narrowing of the right inferior neural foramen.

At L3-L4, posterior bulging disc is seen more prominent posterolaterally, touching the thecal sac.

At L4-L5, diffuse posterior bulging disc is seen, touching the thecal sac.

At L5-S1, there is no evidence of disc herniation or spinal stenosis.

No fracture, dislocation, epidural hematoma or neoplastic process. The conus is normal, located at the T12 level. The facet joints are unremarkable.

**Impression:**

A. At L2-L3, there is posterior protrusion-subligamentous disc herniation in the right lateral aspect measuring 3.5 mm in AP diameter, causing narrowing of the right inferior neural foramen.
B. At L3-L4, posterior bulging disc is seen more prominent posterolaterally, touching the thecal sac.

**Electronic signature: Lorenzo M. Farolan, M.D**

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752

[!] CONFIDENTIAL

March 2, 2018

Peter Brigandi, Attorney at Law
1630 Franklin Avenue
Gretna, LA 70053

RE:    **Freddie Alexander**
       SS#    ▮▮▮
       D/A    **September 18, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:** The patient comes in complaining of back pain, bilateral wrist and hand pain, bilateral leg pain and headaches.

**INTERIM HISTORY:** Mr. Alexander is a 54-year-old male patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on September 18, 2017. On this evaluation in the office, he is complaining of constant back pain in the 8.5/10 range and constant bilateral wrist, hand and leg pain in the 8.5/10 range. He is complaining of off and on headaches. There is no associated dizziness, nausea or vomiting with his headaches. He states his pain is aggravated by any and all activity. He complains of having trouble sleeping at night due to his pain. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. He states the treatment and medication prescribed here in the office is helping.

**PHYSICAL EXAMINATION:** This patient was seen by Dr. David Dunn. Vital signs: BP: 146/80. P: 45.
NECK: There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous muscles.
BACK: There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region. There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles. There is lumbar pathology by MRI.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the bilateral hands and wrist with tenderness noted. There is pain with range of motion of the bilateral legs with tenderness noted.

Alexander, Freddie
Page 2

☐ CONFIDENTIAL

NEURO: Deep tendon reflexes were 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

**RECOMMENDATIONS:**
1. The patient is going to be discharged today to orthopedics for further evaluation and treatment.
2. The patient is more than welcome to return should he have any recurring problems.

David Dunn, M.D.

**Patient:**     Freddie Alexander

[1] CONFIDENTIAL

**Exam #:**     17-2417-WB

**Date:**     9/25/17

**Doctor:**     *DUNN*

**DIAGNOSIS:** *Pain/trauma.*

**X-RAY CERVICAL SPINE, 2 VIEWS:** *Positive for moderate degenerative disc disease at C4-5 and C5-6. Disc space volume loss with minor posterior spondylosis formation and anterior spurring. Reversal of the normal lordotic curve would suggest muscular spasm. Otherwise remaining intervertebral disc spaces and bone structures are normal, and the paraspinal soft tissues are unremarkable. There is osteoarthritis of the facet joints at all levels.*

**IMPRESSION:**

1. *Osteoarthritis of the facet joints at all levels.*
2. *Moderate degenerative disc disease at C4-5 and C6-7. Correlation with MRI is suggested to rule out spinal or foraminal stenosis.*
3. *Reversal of the normal lordotic curve of the cervical spine indicating muscular spasm.*

**THORACIC SPINE SERIES, 2 VIEWS:** *AP and lateral views of the thoracic spine were obtained. Normal for alignment. No accentuated kyphosis or scoliosis. No evidence of fracture or lytic lesion. Normal intervertebral disc spaces with no significant spur formation. No abnormality of the paraspinal soft tissues. No abnormality of the costovertebral joints.*

**IMPRESSION:** *Normal thoracic spine.*



CONFIDENTIAL

February 2, 2018

Peter Brigandi, Attorney at Law
1630 Franklin Avenue
Gretna, LA 70053

**RE:** **Freddie Alexander**
      **SS#** ▮▮
      **D/A**    **September 18, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:** The patient comes in complaining of back pain, bilateral wrist and hand pain, leg pain and headaches.

**INTERIM HISTORY:** Mr. Alexander is a 54-year-old male patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on September 18, 2017. On this evaluation in the office, he is complaining of off and on back pain in the 6/10 range. He is complaining of off and on headaches. There is no associated dizziness, nausea or vomiting with his headaches. He is complaining of continued off and on pain in his wrists, hands and legs. He states his pain is aggravated by any and all activity. He complains of having trouble sleeping at night due to his pain. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. He states the treatment and medication prescribed here in the office is helping.

**PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn.**
NECK: There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous muscles.
BACK: There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region. There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles. There is lumbar pathology by MRI.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the bilateral wrists and hands with tenderness noted. The lower extremities are within normal limits. There is no tenderness, bruising or swelling noted.

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752

Alexander, Freddie
Page 2

NEURO: Deep tendon reflexes were 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

**REVIEW OF MRI REPORTS:** The MRI reports were received and reviewed.
In the MRI of the lumbar spine, the impression is:
1. At L2-L3 there is posterior protrusion, subligamentous disc herniation in the right lateral aspect measuring 3.5 mm in the AP diameter causing narrowing of the right inferior neural foramen.
2. At L3-4 posterior bulging of disc is seen more prominent posterolaterally touching the thecal sac.

It is my medical opinion based on the patient's history and physical examinations; the findings in the MRI of the lumbar spine dated January 15, 2018 were causally related, with a reasonable degree of medical certainty, to the accident dated September 18, 2017

**RECOMMENDATIONS:**
1. The patient is to continue with his medication as prescribed and directed.
2. The patient is given a referral for orthopedic evaluation and treatment.
3. The patient is asked to continue with his conservative treatment program here in the office.
4. The patient is asked to return in four weeks for a follow up visit with the physician.


David Dunn, M.D.

[1] CONFIDENTIAL

January 18, 2018

Peter Brigandi, Attorney at Law
1630 Franklin Avenue
Gretna, LA 70053

**RE:    Freddie Alexander**
**SS#**   ■■
**D/A    September 18, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:** The patient comes in complaining of back pain, bilateral wrist pain, bilateral hand pain, bilateral leg pain and headaches.

**INTERIM HISTORY:** Mr. Alexander is a 54-year-old male patient who is being followed in the office for injuries related to an accident that occurred on September 18, 2017. On this evaluation in the office, he is complaining of constant back, bilateral wrist, bilateral hand and bilateral leg pain in the 9/10 range. He is complaining of constant daily headaches. There is no associated dizziness, nausea or vomiting with his headaches. He states his pain is aggravated by any and all activity. He complains of having trouble sleeping at night due to his pain. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. He states the treatment prescribed here in the office is helping.

**PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn. Vital signs: BP: 169/109. P: 63.**
NECK: There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous muscles.
BACK: There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region and the lumbar paraspinous muscles.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the bilateral wrist and hands with tenderness noted. There is pain with range of motion of the bilateral legs with tenderness noted.
NEURO: Deep tendon reflexes were 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

December 6, 2017

Peter Brigandi, Attorney at Law
1630 Franklin Avenue
Gretna, LA 70053

RE:     **Freddie Alexander**
         SS#     ▉
         D/A     **September 18, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:** The patient comes in complaining of back pain, bilateral hand pain, bilateral wrist pain and bilateral leg pain.

**INTERIM HISTORY:** Mr. Alexander is a 54-year-old male patient who is being followed in the office for injuries related to an accident that occurred on September 18, 2017. On this evaluation in the office, he is complaining of constant back, bilateral hand and wrist and leg pain in the 8/10 range. He states his pain is aggravated by any and all activity. He complains of having trouble sleeping at night due to his pain. He is complaining of numbness and tingling in his legs. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. He states the treatment and medication prescribed here in the office is helping.

**PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn. Vital signs: BP: 130/99. P: 77.**
NECK: There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous muscles.
BACK: There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region. There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the bilateral hands and wrists with tenderness noted. There is pain with range of motion of the bilateral legs with tenderness noted. The patient is complaining of tingling in the legs.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752

NEURO: Deep tendon reflexes were 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

**RECOMMENDATIONS:**
1. The patient is to continue with his medication as prescribed and directed.
2. The patient is given a referral for MRI of the lumbar spine and cervical spine.
3. The patient is asked to continue with his conservative treatment program here in the office.
4. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

October 9, 2017

Peter Brigandi, Attorney at Law
801 Kepler Street
Gretna, LA 70053

**RE:**   **Freddie Alexander**
      **SS#**   ■
      **D/A**   **September 18, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:** The patient comes in complaining of back pain, leg pain and hand and wrist pain.

**INTERIM HISTORY:** Mr. Alexander is a 54-year-old male patient who is being followed in the office for injuries related to an accident that occurred on September 18, 2017. On this evaluation in the office, he is complaining of constant back pain in the 8/10 range and constant bilateral hand, wrist and leg pain in the 8-9/10 range. He states his pain is aggravated by any and all activity. He complains of having trouble sleeping at night due to his pain. He is complaining of numbness in his legs. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. He states the treatment prescribed here in the office is helping.

**PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn. Vital signs: BP: 163/96. P: 66.**
NECK: There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous muscles.
BACK: There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region. There is tenderness and muscle spasms palpated bilaterally in the lumbar

paraspinous muscles.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the bilateral hands and wrists with tenderness noted. There is pain with range of motion of the bilateral legs with tenderness noted.
NEURO: Deep tendon reflexes were 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

Alexander, Freddie
Page 2

NEURO: Deep tendon reflexes were 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

**RECOMMENDATIONS:**
1. The patient is to continue with his medication as prescribed and directed.
2. The patient is asked to continue with his conservative treatment program here in the office.
3. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

November 7, 2017

Peter Brigandi, Attorney at Law
1630 Franklin Avenue
Gretna, LA 70053

RE:  **Freddie Alexander**
     **SS#**  ■■■■
     **D/A**  **September 18, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:**  The patient comes in complaining of back pain, leg pain, hand pain and wrist pain.

**INTERIM HISTORY:**  Mr. Alexander is a 54-year-old male patient who is being followed in the office for injuries related to an accident that occurred on September 18, 2017. On this evaluation in the office, he is complaining of constant back, hand, wrist and leg pain in the 8-9/10 range. He states his pain is aggravated by any and all activity. He complains of having trouble sleeping at night due to his pain. He is complaining of numbness and tingling in his legs. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. He states the treatment and medication prescribed here in the office is helping.

**PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn.**
NECK:  There is good range of motion of the lumbar spine. There are no muscle spasms noted in the lumbar paraspinous muscles.
BACK:  There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region. There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles.
CHEST:  The chest is nontender.
HEART:  The heart shows a regular rate and rhythm.
LUNGS:  The lungs are clear to auscultation and percussion.
EXTREMITIES:  There is pain with range of motion of the bilateral hands and wrist with tenderness noted. There is pain with range of motion of the bilateral hands and wrists with tenderness noted. There is pain with range of motion of the bilateral legs with tenderness noted. The patient is complaining of tingling in the legs.

Alexander, Freddie
Page 2



**PHYSICAL EXAMINATION:** This patient was seen by **Dr. David Dunn.** Vital signs: **BP: 165/95. P: 64.**
HEENT: The head is normocephalic and atraumatic. The pupils are equal, round and reactive to light and accommodations. Extraocular movements are normal. There is no tenderness noted around the temporomandibular joints. The ears, nose and throat are clear.
NECK: There are no surgical scars noted over the neck. There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous, trapezius or sternocleidomastoid muscles. There is no thyromegaly.
CHEST: There is no chest wall bruising, swelling or tenderness noted.
LUNGS: The lungs are clear to auscultation and percussion.
HEART: The heart shows a regular rate and rhythm. There are no murmurs heard.
ABDOMEN: Soft, nontender. There are good bowel sounds heard in all quadrants.
BACK: There are no surgical scars noted over the back. Lumbar range of motion is limited secondary to pain with tenderness noted in the lumbar midline region. There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles.
EXTREMITIES: There is pain with range of motion of the bilateral hands with tenderness noted. The patient is complaining of numbness in the hands. There is pain with range of motion of the bilateral legs with tenderness noted. The patient is complaining of numbness in the legs.
NEURO: Deep tendon reflexes are 2+ and equal. Straight leg raising is positive 45 degrees bilaterally. Strength, motor and sensation exams are normal. Cranial nerves III-XII are grossly intact.

**CLINICAL IMPRESSION:** Motor vehicle accident of September 18, 2017 producing:
1. Lumbar strain and spasm.
2. Leg radiculopathy.
3. Hand radiculopathy.

With the patient's history, complaints and physical findings, it is my opinion that the above diagnoses are related to the accident of September 18, 2017.

**RECOMMENDATIONS:**
1. Ibuprofen, Robaxin. All medications are to be taken as prescribed and directed. Appropriate medication instructions and precautions were issued.
2. X-rays of the cervical spine, thoracic spine and lumbar spine.
3. The patient is to begin a conservative treatment program here in the office.
4. The patient was asked to return in two weeks for a follow up visit with the physician.

David Dunn, M.D.

[] CONFIDENTIAL

September 25, 2017

Peter Brigandi, Attorney at Law
801 Kepler Street
Gretna, LA 70053

RE:  **Freddie Alexander**
    **SS#**  ▮▮▮
    **D/A**  **September 18, 2017**
    **IOV**  **September 25, 2017**

Dear Mr. Brigandi,

**CHIEF COMPLAINT:**  The patient comes in complaining of back pain, leg pain, hand pain, wrist pain and numbness in the upper and lower extremities.

**HISTORY OF PRESENT ILLNESS:**  Mr. Alexander is a 54-year-old male patient who was seen in the office today for injuries related an accident that occurred on September 18, 2017. He states he was the restrained driver of an 18-wheeler that was stopped when struck in the rear end by another vehicle. He states he was able to get out of the vehicle and move around at the accident scene. He reports light damage to both vehicles involved in the accident. There were no reports of head trauma or loss of consciousness. There are no complaints of headaches, dizziness, nausea or vomiting. He states an ambulance was not called out to the accident scene. He did not go to the hospital for emergency room treatment. He states his pain was not felt immediately after the accident, but later that night.

**PAST MEDICAL HISTORY:**  The patient does not report being involved in any previous accidents. He reports being allergic to Flexeril. He is currently taking medications for high blood pressure and diabetes. There is no previous surgical history to report.

**SOCIAL HISTORY:**  He is married with two children. He is right handed. He is currently employed as a truck driver. He has missed two days of work due to this accident. He denies the use of any tobacco products and drinks alcohol socially.

# WESTBANK PHYSICIANS REHAB
### 4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752

[1] CONFIDENTIAL

**REVIEW OF X-RAY REPORTS:** The x-ray reports were received and reviewed.
In the cervical spine, the impression is:

1. Osteoarthritis of the facet joints at all levels.
2. Moderate degenerative disc disease at C4-5 and C6-7. Correlation with MRI is suggested to rule out spinal or foraminal stenosis.
3. Reversal of normal lordotic curve of the cervical spine indicating muscular spasm.

**RECOMMENDATIONS:**

1. The patient is to continue with his medication as prescribed and directed.
2. The patient is asked to continue with his conservative treatment program here in the office.
3. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.