**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

DOCKET NO. 673715                                                                SECTION "25"

**FREDDIE ALEXANDER**

**VERSUS**

**VOLUME TRANSPORTATION, INC., AND HOPE BRIDGES**

FILED:_____                             _____
                                                                                        DEPUTY CLERK

**NOTICE OF REMOVAL TO FEDERAL COURT**

TO:   The Honorable Judge Wilson Fields
      19th JDC Judges Chambers
      P. O. Box 1991
      Baton Rouge, LA 70821-1991

**PLEASE TAKE NOTICE** that Volume Transportation, Inc. and Hope Bridges, defendants in the above entitled and numbered matter, have filed in the United States District Court for the Middle District of Louisiana the attached Notice of Removal of this matter from this Court. Accordingly, and under 28 U.S.C. § 1446 (d), this Court should not take any further action in this matter.

Respectfully submitted,

_____
M. Davis Ready, T.A. (Bar No. 24616)
David M. Schroeter (Bar No. 36009)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone:    (504) 569-2030
Facsimile:    (504) 569-2999
*Attorneys for Volume Transportation, Inc. and Hope Bridges*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all known counsel of record by facsimile, by e-mail, by hand-delivery, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 24 day of **May, 2019**.

_____