UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**FREDDIE ALEXANDER**

**VERSUS**

**VOLUME TRANSPORTATION, INC., ET AL.**

**CIVIL ACTION**

**NO. 19-330-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 14) dated November 8, 2019, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 6) is GRANTED and the action is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 3, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**